■ In the Matter of RONALD E. KMIOTEK et al., Respondents. DONALD G. SAGER, Intervenor-Appellant.—Judgment unanimously affirmed without costs for reason stated at Special Term, Doyle, J. (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—referendum.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ. (Order entered Aug. 26, 1988.)

■ In the Matter of LYNN L. HARTLEY, Respondent, v JOSEPH PORPIGLIA et al., Constituting the Chautauqua County Board of Elections, Respondents. (Proceeding No. 1.) In the Matter of JUDITH S. CLAIRE, Appellant, v TERRY NIEBEL et al., Constituting the Chautauqua County Board of Elections, et al., Respondents. (Proceeding No. 2.)—Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Chautauqua County, Mattina, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ. (Order entered Aug. 26, 1988.)

■ PATRICK L. LUCARIELLO et al., Respondents-Appellants, v TERRY NIEBEL et al., Constituting the Chautauqua County Board of Elections, et al., Respondents, and CHRISTOPHER D. PENFOLD et al., Appellants-Respondents.—Order unanimously affirmed without costs. Memorandum: We agree with Special Term that the objectants lack standing to challenge the designating petitions because they are not voters "enrolled to vote for such party position" (Election Law § 6-154 [2]). (Appeals from order of Supreme Court, Chautauqua County, Mattina, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ. (Order entered Aug. 26, 1988.)

■ ELAINE T. BLYDEN, Appellant, v EDWARD MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents.—Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Erie County, Doyle J.— Election Law.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ. (Order entered Aug. 26, 1988.)